May Term, 1841.

ENGLISH
v.
DEVARRO.

---

ENGLISH and Another v. DEVARRO.

The Supreme Court must presume—the record not showing the evidence—that instructions given to the jury, if relevant to the issue, were applicable to the case.

The common count for money had and received lies by a principal against his agent to recover the amount of moneys collected by the latter for the plaintiff's use, or to recover the proceeds of goods sold by the agent for his principal, and which proceeds the agent has received. In these cases, the agent is entitled to a deduction for his commission and expenses, and an account, &c. should be demanded before an action is brought.

A writ of error lies to a judgment of nonsuit, where the plaintiff suffers the judgment in consequence of an express instruction to the jury against his right to recover.

May Term, 1841.

ENGLISH
v.
DEVARRO.

Thursday, June 24.

ERROR to the *Tippecanoe* Circuit Court.

BLACKFORD, J.—Indebitatus assumpsit against the defendant in error for money had and received, and for goods sold and delivered. Plea, the general issue.

On the trial, the following instructions were given: 1. If the jury believe from the evidence, that the defendant received the money for the plaintiffs as their agent, they cannot recover it on the common count for money had and received; but they should have declared specially, alleging a demand on the defendant for a settlement, and his refusal. 2. The plaintiffs cannot be permitted to prove a demand in this case, as none is alleged in the declaration. Upon these instructions being given, the plaintiffs suffered a nonsuit; and a judgment was rendered against them for costs.

The giving of these instructions is the error assigned.

We do not know what the evidence before the jury was; but the instructions were relevant to the issue, and we must presume that they were applicable to the facts proved. *Peyton v. Bowell*, 1 Blackf. 244. The law on the subject concerning which the instructions were given is this: "The common count for money had and received lies by a principal against his agent to recover the amount of moneys collected and received by the latter for his use, or the proceeds of goods sold by the agent for his principal, and which proceeds the agent has received. In these cases, the agent is entitled to a deduction for his commission and expenses, and an account, &c. should be demanded before an action is brought." Chitt. on Cont. 485. This being the law applicable to the case, which, as we must presume from the instructions, was before the jury; it is evident that the instructions are erroneous.

As the Court instructed the jury so expressly against the plaintiffs' right to recover, they were at liberty, upon the instructions being given, to suffer a nonsuit and then sue out a writ of error. *Pollard v. Buttery*, 3 Blackf. 239.

May Term,
1841.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

J. *Pettit*, for the plaintiffs.

H. S. *Lane* and S. C. *Willson*, for the defendant.